| Case | Docket | Date | Lower Court |
|---|---|---|---|
| Com. v. Travers | 1368 EDA 2016<br>Affirmed | 01/27/2017 | CP–46–CR–0004268–1996<br>(Montgomery) |
| Com. v. Ringgold | 1608 EDA 2016<br>Quashed | 01/27/2017 | CP–46–CR–0003427–2014<br>(Montgomery) |
| Com. v. Ostrander | 2160 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/27/2017 | CP–06–CR–0004288–2012<br>(Berks) |
| Com. v. Larue | 77 MDA 2016<br>Affirmed | 01/27/2017 | CP–28–CR–0000536–2015<br>CP–28–CR–0000564–2015<br>CP–28–CR–0000565–2015<br>(Franklin) |
| Com. v. Holloway | 297 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/27/2017 | CP–19–CR–0000067–2014<br>(Columbia) |
| Com. v. Jones | 526 MDA 2016<br>Affirmed | 01/27/2017 | CP–36–CR–0003758–2014<br>(Lancaster) |
| Com. v. Parker | 589 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 01/27/2017 | CP–22–CR–0002383–2013<br>(Dauphin) |
| Com. v. Hill–Gamble | 678 MDA 2016<br>Affirmed | 01/27/2017 | CP–22–CR–0005209–2014<br>(Dauphin) |
| Com. v. Rashid | 691 MDA 2016<br>Affirmed | 01/27/2017 | CP–38–CR–0000378–2014<br>CP–38–CR–0001202–2013<br>CP–38–CR–0001205–2013<br>CP–38–CR–0001210–2013<br>(Lebanon) |
| Pennsylvania Windpower, Inc. v. Fedak | 787 MDA 2016<br>Quashed | 01/27/2017 | 2007–13100<br>(Luzerne) |
| Com. v. Delmoral | 969 MDA 2016<br>Affirmed | 01/27/2017 | CP–22–CR–0001140–2011<br>(Dauphin) |
| Com. v. Brooks | 973 MDA 2016<br>Affirmed | 01/27/2017 | CP–22–CR–0000087–1971<br>(Dauphin) |